UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:24-cr-00418-SRC |
| MICHAEL ANDERSON, | ) ) ) |
| Defendant. | ) |

## Order

Michael Anderson moves to dismiss the one-count indictment, charging him with possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1). Doc. 28. Anderson argues that 18 U.S.C. 922(g)(1) "violates the Second Amendment." *Id*. at 1 (The Court cites to page numbers as assigned by CM/ECF.). Anderson, however, acknowledges that this Court is bound by *United States v. Jackson*, 110 F.4th 1120 (8th Cir. 2024). *Id.* at 6.

The Court referred Anderson's motion to United States Magistrate Patricia L. Cohen pursuant to 28 U.S.C. § 636(b). On July 16, 2025, Judge Cohen issued a Report and Recommendation, recommending that the Court deny Anderson's motion. Doc. 60. On July 29, 2025, Anderson filed an objection to the R&R. Doc. 61. Anderson "objects to the R&R's application of *Jackson*, and its ultimate recommendation, to avoid any claim that he has waived his challenge—in particular, any factual issues." Doc. 61 at 1. Anderson concedes that "[t]he R&R faithfully applies Circuit precedent to conclude that it is bound to deny [his] challenge to § 922(g)(1)." *Id*.

When a party objects to a magistrate judge's R&R, the district judge must conduct a de novo review of the portions of the report, findings, or recommendations to which the party objected. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which

Case: 4:24-cr-00418-SRC   Doc. #:  64   Filed: 08/05/25   Page: 2 of 2 PageID #: 239

objection is made."); *United States v. Lothridge*, 324 F.3d 599, 600 (8th Cir. 2003) (citing 28 U.S.C. § 636(b)(1)).  In making its de novo determination, the Court reviewed the record related to Anderson's motion.

The Court agrees with Judge Cohen's conclusion that the Court is bound by Eighth Circuit precedent and that Anderson's argument is foreclosed by *Jackson*.  Therefore, the Court (1) overrules Anderson's [61] objection, (2) sustains, adopts, and incorporates Judge Cohen's [60] Report and Recommendation, and (3) denies Anderson's [28] Motion to Dismiss.

So ordered this 5th day of August 2025.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE